# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER: Circuit Rule 33 - Briefing**

December 13, 2023

*By the Court*:

| No. 23-3201 | MACK SIMS,<br>    Plaintiff - Appellant<br><br>v.<br><br>CHARLES WICKS,<br>    Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:19-cv-01168-HAB-MGG<br>Northern District of Indiana, South Bend Division<br>District Judge Jon E. DeGuilio ||

Pursuant to Circuit Rule 33, briefing in this appeal shall proceed as follows:

1. The Appellant's brief of Mack A. Sims will be due by January 30, 2024.
2. The Appellee's brief of Charles C. Wicks will be due by February 29, 2024.
3. The Appellant's reply brief of Mack A. Sims, if any, will be due by March 21, 2024.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Order_CR33_Briefing**     (form ID: **193**)